# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JANE DOES 1-5, AND INTERVENOR, | : | No. 71 MAP 2015 |
| | : | |
| Appellants | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 65 MD |
| | : | 2015 dated July 21, 2015. |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| DEPARTMENT OF EDUCATION, AND | : | |
| PROFESSIONAL STANDARDS AND | : | |
| PRACTICES COMMISSION, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                          **DECIDED: April 25, 2016**

**AND NOW,** this 25th day of April, 2016, the order of the Commonwealth Court is

AFFIRMED.